# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ALEXANDRA JORDAN LOCKWOOD, )
)
        Plaintiff, )
)
    v. )     Civil Action No. 17-1344 (UNA)
)
FAMILY, *et al.*, )
)
        Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claims showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The Court has reviewed the plaintiff's complaint and finds that it fails to meet the standard set forth in Rule 8(a). The plaintiff manages to name 27 defendants in this action, yet fails to articulate a viable claim against any one of them. Absent a statement of cognizable claims showing the plaintiff's entitlement to the relief she demands, the complaint must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: July 28, 2017

_____
United States District Judge